UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

DIME INVESTMENTS 4690 LLC,
    Defendant.

Case No.: 22-cv-20909-KMW

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

The Parties, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully Submitted,

s/ *Glenn R. Goldstein*               /
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@g2legal.net

s/ *Raul Roberto Lopez*                /
Raul Roberto Lopez, Esq. (FBN: 705667)
   *Attorney for Defendant*
Gastesi Lopez & Mestre, PLLC
8105 NW 155th St.
Miami Lakes, FL 33016
(305) 818-0117
Lopez@GLMLegal.com

s/ *Lauren N. Wassenberg*           /
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
(561) 571-0646
WassenbergL@gmail.com